UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eric Humphreys,

           Plaintiff,

v.

Saint Louis County Duluth Court Administration,

           Defendant.

Case No. 17-cv-3521 (JNE/LIB)
ORDER

In a Report and Recommendation dated October 23, 2017, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that the above-titled action be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute. No objection to the Report and Recommendation has been received. The Court has reviewed the record. Based on that review, the Court adopts the Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. This action is DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's application to proceed *in forma pauperis* [Doc. No. 3] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 4, 2018

**s/ Joan N. Ericksen**
JOAN N. ERICKSEN
United States District Judge